# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FILED**
**JANUARY 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Linda F. Christiansen, plaintiff

v.

Southern Capital Associates, Inc., defendants

Case Number:

**08 C 456**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Linda F. Christiansen

**JUDGE ZAGEL**
**MAGISTRATE JUDGE COX**

| | |
|---|---|
| NAME (Type or print)<br>Keith J. Keogh | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Keith J. Keogh | |
| FIRM<br>Law Offices of Keith J. Keogh, Ltd. | |
| STREET ADDRESS<br>227 W. Monroe Street, Suite 2000 | |
| CITY/STATE/ZIP<br>Chicago, Illinois   60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6257811 | TELEPHONE  NUMBER<br>312.726.1092 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐