# Exhibit 1

Case 1:08-cv-00456   Document 9-2   Filed 03/04/2008   Page 1 of 9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Linda F. Christiansen, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 456 |
| | ) | |
| v. | ) | Judge Zagel |
| | ) | |
| Southern Capital Associates, Inc., | ) | |
| | ) | |
| Defendant. | ) | JURY DEMAND |

## ORDER

This cause coming to be heard on Linda F. Christiansen's Motion for Default as to defendant Southern Capital Associates, Inc., IT IS HEREBY ORDERED:

The motion is [granted] [denied]. [A prove up hearing is scheduled for _____, 2008.]

DATE:                                                   _____
                                                         United States District Judge

# Exhibit 2

NOLAN, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-05660

Ray et al v. Southern Capital Associates, Inc.
Assigned to: Honorable Joan B. Gottschall
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 10/05/2007
Date Terminated: 02/27/2008
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

Laticia Ray

represented by **Richard John Meier**
Legal Helpers, P.C.
20 West Kinzie
13th Floor
Chicago, IL 60610
866.339.1156
Fax: 312.822.1064
Email: rjm@legalhelpers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Sostrin**
Legal Helpers, PC
20 W. Kinzie Street
Suite 1300
Chicago, IL 60610
866 339 1156
Email: tjs@legalhelpers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Lorenzo Shelton

represented by **Richard John Meier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Sostrin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Southern Capital Associates, Inc.**
*c/o CT Corporation System, Registered Agent*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2007 | 1 | COMPLAINT filed by Laticia Ray, Lorenzo Shelton; Jury Demand.(cdy, ) (Entered: 10/09/2007) |
| 10/05/2007 | 2 | CIVIL Cover Sheet (cdy, ) (Entered: 10/09/2007) |
| 10/05/2007 | 3 | ATTORNEY Appearance for Plaintiffs Laticia Ray, Lorenzo Shelton by Timothy J. Sostrin (cdy, ) (Entered: 10/09/2007) |
| 11/06/2007 | 5 | MINUTE entry before Judge Joan B. Gottschall :Status hearing set for 11/28/2007 at 09:30 AM. Plaintiff is directed to advise the defendants of the status hearing forthwith. Parties are directed to discuss settlement of case, consent to proceed before the Magistrate Judge and a proposed discovery plan. Mailed notice (rj, ) (Entered: 11/06/2007) |
| 11/26/2007 | 7 | SUMMONS Issued as to Defendant Southern Capital Associates, Inc. (hp, ) (Entered: 11/27/2007) |
| 11/27/2007 | 6 | MINUTE entry before Judge Joan B. Gottschall :Status hearing set for 11/28/2007 is stricken and reset for 1/16/2008 at 09:30 AM by request of Plaintiff's counsel. Plaintiff is directed to advise the defendants of the status hearing forthwith. Parties are directed to discuss settlement of case, consent to proceed before the Magistrate Judge and a proposed discovery plan.Mailed notice (rj, ) (Entered: 11/27/2007) |
| 12/05/2007 | 8 | AFFIDAVIT of Service filed by Plaintiffs Laticia Ray, Lorenzo Shelton regarding Summons served on Southern Capital Associates, Inc. on 12/3/07 (Sostrin, Timothy) (Entered: 12/05/2007) |
| 12/05/2007 | 9 | CERTIFICATE of Service by Plaintiffs Laticia Ray, Lorenzo Shelton (Sostrin, Timothy) (Entered: 12/05/2007) |
| 12/27/2007 | 10 | REQUEST For Default by Laticia Ray, Lorenzo Shelton (Attachments: # 1 Declaration in Support of Service)(Sostrin, Timothy) (Entered: 12/27/2007) |
| 01/07/2008 | 11 | MINUTE entry before Judge Joan B. Gottschall :Pursuant to Request for Default by Plaintiffs 10, the Clerk of Court shall enter default as to Defendant, Southern Capital Associates, Inc. pursuant to Fed.R.Civ.P. 55(a) for it's failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. Prove-Up Hearing is set for 1/16/2008 |

| | | |
|---|---|---|
| | | at 9:30AM. Mailed notice (gmr, ) (Entered: 01/08/2008) |
| 01/07/2008 | 12 | Document entered in error. (gmr, ) Modified on 1/11/2008 (rp, ). (Entered: 01/08/2008) |
| 01/08/2008 | 13 | ATTORNEY Appearance for Plaintiffs Laticia Ray, Lorenzo Shelton by Richard John Meier (Meier, Richard) (Entered: 01/08/2008) |
| 01/08/2008 | 14 | MOTION by Plaintiffs Laticia Ray, Lorenzo Shelton to continue *the Prove-Up Hearing* (Attachments: # 1 Text of Proposed Order For Motion to Continue Prove-Up Hearing)(Meier, Richard) (Entered: 01/08/2008) |
| 01/08/2008 | 15 | NOTICE of Motion by Richard John Meier for presentment of motion to continue 14 before Honorable Joan B. Gottschall on 1/16/2008 at 09:30 AM. (Meier, Richard) (Entered: 01/08/2008) |
| 01/11/2008 | 16 | NOTICE of Correction regarding 12 ; Document entered in Error. The text of the entry has been edited and the PDF file has been replaced. (rp, ) (Entered: 01/11/2008) |
| 01/15/2008 | 17 | MINUTE entry before Judge Joan B. Gottschall :MOTION by Plaintiffs Laticia Ray, Lorenzo Shelton to continue the Prove-Up Hearing 14 is granted. Prove-Up hearing is reset for 2/27/2008 at 09:30 AM. Mailed notice (rj, ) (Entered: 01/15/2008) |
| 02/20/2008 | 18 | MOTION by Plaintiffs Laticia Ray, Lorenzo Shelton for default judgment as to (Attachments: # 1 Exhibit A - Declaration of Service by PPS# 2 Text of Proposed Order on Plaintiffs' Motion for Default Judgment)(Meier, Richard) (Entered: 02/20/2008) |
| 02/20/2008 | 19 | NOTICE of Motion by Richard John Meier for presentment of motion for default judgment 18 before Honorable Joan B. Gottschall on 2/27/2008 at 09:30 AM. (Meier, Richard) (Entered: 02/20/2008) |
| 02/20/2008 | 20 | MOTION by Plaintiffs Laticia Ray, Lorenzo Shelton for attorney fees (Attachments: # 1 Exhibit A - Summary of Legal Services Provided# 2 Exhibit B - Declaration of Jeffrey S. Hyslip# 3 Exhibit C - Laffey Matrix# 4 Exhibit D - Filing Receipt# 5 Exhibit E - Invoice of PPS# 6 Text of Proposed Order on Plaintiffs' Motion for Attorney Fees and Costs)(Meier, Richard) (Entered: 02/20/2008) |
| 02/20/2008 | 21 | NOTICE of Motion by Richard John Meier for presentment of motion for attorney fees, 20 before Honorable Joan B. Gottschall on 2/27/2008 at 09:30 AM. (Meier, Richard) (Entered: 02/20/2008) |
| 02/20/2008 | 22 | Plaintiffs' Brief in Support of Damages by Laticia Ray, Lorenzo Shelton (Attachments: # 1 Exhibit A - Plaintiff Lorenzo Shelton Affidavit# 2 Exhibit B - Plaintiff Laticia Ray Affidavit# 3 Exhibit C - Dotson Judgment)(Meier, Richard) (Entered: 02/20/2008) |
| 02/27/2008 | 23 | MINUTE entry before Judge Joan B. Gottschall :Motion hearing held. Motion for default judgment 18 is granted. Plaintiff's motion for attorney fees and cost 20 is granted. Enter Order Granting Plaintiff's Motion for |

| | | |
|---|---|---|
| | | Default Judgment. It is hereby ordered that default judgment is entered in favor of Plaintiff's and against Defendant, Southern Capital Associates, Inc., in the amount of $112,000.00 and attorney fees and cost in the amount of $4,492.50. Enter Order Granting Plaintiff's Motion for Attorney Fees and Costs. Civil case terminated. Mailed notice (ef, ) (Entered: 02/29/2008) |
| 02/27/2008 | 24 | ORDER Granting Plaintiffs' Motion for default Judgment Signed by Judge Joan B. Gottschall on 2/27/2008.(ef, ) (Entered: 02/29/2008) |
| 02/27/2008 | 25 | ORDER granting plaintiffs' motion for attorney fees and cost. Signed by Judge Joan B. Gottschall on 2/27/2008.(ef, ) (Entered: 02/29/2008) |
| 02/27/2008 | 26 | ENTERED JUDGMENT (ef, ) (Entered: 02/29/2008) |

### PACER Service Center

#### Transaction Receipt

03/04/2008 10:08:49

| PACER Login: | kk0445 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:07-cv-05660 |
| Billable Pages: | 2 | Cost: | 0.16 |

4months, CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:07-cv-02214-CAP

Frazier v. Southern Capital Associates, Inc.
Assigned to: Judge Charles A. Pannell, Jr
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 09/10/2007
Date Terminated: 12/28/2007
Jury Demand: None
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

**Plaintiff**

**Deborah Frazier**　　　　　　　　　　represented by **James Marvin Feagle**
　　　　　　　　　　　　　　　　　　　　　　　　　Law Office of James M. Feagle, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　Suite 204
　　　　　　　　　　　　　　　　　　　　　　　　　108 East Ponce de Leon Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　Decatur, GA 30030
　　　　　　　　　　　　　　　　　　　　　　　　　404-373-1970
　　　　　　　　　　　　　　　　　　　　　　　　　Email: jimfeagle@aol.com
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Southern Capital Associates, Inc.**
*a New York Corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2007 | 1 | COMPLAINT filed by Deborah Frazier; and Summon(s) issued. Consent form to proceed before U.S. Magistrate and pretrial instructions provided. ( Filing fee $ 350.00 receipt number 569186.) (Attachments: # 1 Summons # 2 Civil Cover Sheet)(epm) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 09/14/2007) |
| 12/26/2007 | 2 | MOTION for Clerk's Entry of Default by Deborah Frazier. (Attachments: # 1 Affidavit of service execute September 18, 2007 by Niagra County Deputy Sheriff Robert Schnell)(Feagle, James) (Entered: 12/26/2007) |

| | | |
|---|---|---|
| 12/26/2007 | 3 | MOTION for Default Judgment as to Southern Capital Associates, Inc. with Brief In Support by Deborah Frazier. (Attachments: # 1 Brief, # 2 Text of Proposed Order and text of proposed Judgment, # 3 Declaration of Attorney James M. Feagle in support of fees and costs, # 4 Exhibit attachment of fees and costs to JMF Declaration., # 5 Exhibit copy of most recent Laffy Matrix in support of JMF declaration)(Feagle, James) (Entered: 12/26/2007) |
| 12/28/2007 | | Clerk's Entry of Default as to Southern Capital Associates, Inc. (vs) (Entered: 12/28/2007) |
| 12/28/2007 | 4 | ORDER granting 3 Motion for Default Judgment in favor of Plaintiff Deborah Frazier against Defendant Southern Capital Associates, Inc., for $1,000.00 in statutory damages, $1,799.50 in attorney's fees and $403.00 in costs. The total of said judgment being $3,202.50. Signed by Judge Charles A. Pannell, Jr on 12/28/07. (vs) (Entered: 12/28/2007) |
| 12/28/2007 | 5 | DEFAULT JUDGMENT in favor of Plaintiff Deborah Frazier against Defendant Southern Capital Associates, Inc. in the amount of $3,202.50. (vs)--Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist-- (Entered: 12/28/2007) |
| 12/28/2007 | | Civil Case Terminated. Judge Magistrate Judge Gerrilyn G. Brill terminated from case. (vs) (Entered: 12/28/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/04/2008 11:09:51 | | | |
| PACER Login: | kk0445 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-02214-CAP |
| Billable Pages: | 1 | Cost: | 0.08 |