**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Linda F. Christiansen, | ) | |
| | ) | 08 C 456 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Zagel |
| | ) | |
| Southern Capital Associates, Inc., | ) | |
| | ) | |
| Defendant. | ) | JURY DEMAND |

### CORRECTED MOTION FOR DEFAULT[1]

Plaintiff, Linda F. Christiansen, respectfully moves this Court to enter an order of default against Southern Capital Associates, Inc. ("Southern Capital") pursuant to Federal Rule of Civil Procedure 55(a). In support of her motion, plaintiff states as follows:

1. Plaintiff filed this complaint asserting claims under the Fair Debt Collection Practices Act ("FCRA") 15 U.S.C. §§ 1692e(3), e(5) and e(10), and the Electronic Funds Transfer Act, 15 U.S.C. § 1693e alleging that defendant debt collector took $1,500 from plaintiff's bank account in order to collet a consumer debt without plaintiff's written permission, and defendant's employee falsely told plaintiff that he was an attorney during his attempts to collect.

2. On January 25, 2008, defendant, Southern Capital was served with the summons and complaint care of its Illinois registered agent, CT Corporation System. A copy of the executed summons is attached as <u>Exhibit 1</u>.

3. Although its responsive pleading was due on February 14, 2008, defendant has not answered or responded to the complaint. Based upon plaintiff counsel's search of PACER,

---

[1] Plaintiff originally filed this motion with an incorrect Exhibit 1. This is a corrected version.

violating the FDCPA, and then defaulting on FDCPA lawsuits, is defendant's *modus operandi*. Exhibit 2 contains docket sheets for several recent cases, all of which Southern Capital has defaulted.

      4.     Plaintiff further requests that this Court set this case for prove up.

WHEREFORE, plaintiff requests that the Court enter an order for default judgment against Southern Capital pursuant to Federal Rule of Civil Procedure 55.

                                                Respectfully Submitted,
                                                Linda F. Christiansen
                                                Plaintiff

                                                By:/s/Alexander H. Burke
                                                     Her Attorney

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe, Suite 2000
Chicago, Il 60606
312.726.1092
312.726.1093 (fax)
Keith@KeoghLaw.com
Atty. No. 39042

**CERTIFICATE OF SERVICE**

    I, Alexander H. Burke hereby certify that on March 5, 2008, I caused a true and correct copy the forgoing document to all attorneys of record through the ECF system for the Northern District of Illinois.

                                                    /s/Alexander H. Burke