**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Linda F. Christiansen, | ) | |
| | ) | Judge Zagel |
| Plaintiff, | ) | Magistrate Judge Cox |
| v. | ) | |
| | ) | |
| Southern Capital Associates, Inc., | ) | 08 C 456 |
| | ) | Jury Demanded |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Southern Capital Associates, Inc.
   c/o CT Corporation System
   208 South LaSalle Street, #814
   Chicago, Illinois  60604

**PLEASE TAKE NOTICE** that on March 13, 2008, at 10:15 a.m. I shall appear before the Honorable Judge James B. Zagel in Room 2503 of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present **PLAINTIFF'S MOTION FOR DEFAULT AGAINST SOUTHERN CAPITAL ASSOCIATES, INC.,** a copy of which is attached hereto.

Respectfully submitted,

/s/ Alexander H. Burke

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092
312.726.1093 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2008, I caused a true and correct copy of the foregoing to be served upon the individuals listed above via US Mail:

/s/Alexander H. Burke