## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Linda L Christiansen
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−00456
                                        Honorable James B. Zagel

Southern Capital Associates, Inc.
                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, March 13, 2008:


   MINUTE entry before Judge Honorable James B. Zagel:Motion hearing held on 3/13/2008. MOTION by Plaintiff Linda L Christiansen for default judgment as to Southern Capital, Corrected Motion [10] is denied as moot. Status hearing set for 4/3/2008 at 10:00 AM.Mailed notice(drw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.