**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)     TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES          NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES          NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES          NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES          NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL          APPOINTED COUNSEL |

**CERTIFICATE OF SERVICE**

  I, James R. Bedell, hereby certify that on July 21, 2008, the foregoing document was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system to the following:

 Attorneys for Plaintiff
 Keith J. Keogh
 Alexander H. Burke
 Law Offices of Keith J. Keogh, Ltd.
 227 W. Monroe St., Suite 2000
 Chicago, IL 60606
 (312) 726-1092
 (312) 726-1093 (Fax)
 Keith@keoghlaw.com
 aburke@keoghlaw.com

            MOSS & BARNETT
            A Professional Association


            s/ James R. Bedell
            James R. Bedell (Minn. Attorney #351544
            Moss & Barnett, P.A.
            4800 Wells Fargo Center
            90 S. Seventh Street
            Minneapolis, MN 55402
            (612) 877-5000
            (612) 877-5999 (fax)
            BedellJ@moss-barnett.com
            *ATTORNEY FOR DEFENDANTS*

1195764v1