**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Linda L. Christiansen, | ) | |
| Plaintiff, | ) | 08 C 456 |
| | ) | |
| v. | ) | Judge Zagel |
| | ) | |
| Southern Capital Associates, Inc., | ) | Jury Demanded |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   ECF Counsel of Record for Defendant

**PLEASE TAKE NOTICE** that on **September 23, 2008 at 10:15 am**, I shall appear before the **Honorable James B. Zagel in Room 2503** of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present **MOTION TO WITHDRAW AS ATTORNEY**, a copy of which has been filed with the Court's ECF System, and will be delivered to chambers in accordance with Local Rule 5.2.

/s/ Alexander H. Burke

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092/ 312.726.1093 (fax)

**CERTIFICATE OF ELECTRONIC SERVICE**

Alexander H. Burke, hereby certifies that defendants were served with this motion via the Court's ECF System on August 26, 2008.

/s/Alexander H. Burke